# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO.  3:22-CR-065-MOC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| OCTAVIO CHAVEZ-BARRON,  and | ) | |
| EDUARDO PEREZ-ALVAREZ, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal" (Document No. 10) filed March 30, 2022.  This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

The Government asserts the Bill of Indictment, Arrest Warrant, and the case in general, should be unsealed immediately because Defendants have been arrested and there is no longer a need to protect the investigation.  (Document No. 10).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal" (Document No. 10) is **GRANTED**.  The Clerk of Court is directed to unseal this case.

**SO ORDERED**.

Signed: March 30, 2022

David C. Keesler
United States Magistrate Judge